IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZAKEE HAMILTON, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 22-1755 |
| | : | |
| v. | : | |
| | : | |
| BARRY SMITH and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : : : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 7th day of July, 2022, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1), motion to stay and abey (Doc. No. 5), and notice of election (Doc. No. 6) filed by the *pro se* petitioner, Zakee Hamilton; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion to stay and abey (Doc. No. 5) is **DENIED**;

2. The petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. The court **DECLINES** to issue a certificate of appealability; and

4. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.